[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
January 23, 2006
THOMAS K. KAHN
CLERK

_____

No. 05-12151
Non-Argument Calendar

_____

D. C. Docket No. 95-01022-CR-1-MMP

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

CASSANDRA MICHELLE PEOPLES,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Northern District of Florida

_____

**(January 23, 2006)**

Before BLACK, BARKETT and COX, Circuit Judges.

PER CURIAM:

Randolph P. Murrell, appointed counsel for Cassandra Michelle Peoples, has filed a motion to withdraw on appeal, supported by a brief prepared pursuant to Anders v. California, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Peoples's conviction and sentence are **AFFIRMED**.